IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GS HOLISTIC, LLC,

                    Plaintiff,

v.

616 WEST, LLC d/b/a 616 WEST,  and
DOWAN L MANSFIELD,

                    Defendants.

Case No. 1:23-cv-01261-HYJ-RSK
Hon. Chief Judge Hala Y. Jarbou

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, David L. Perry II, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, 616 WEST, LLC d/b/a 616 WEST, and DOWAN L MANSFIELD, and in support thereof states as follows:

1. The Plaintiff filed its Complaint against the Defendants on December 1, 2023 [DE 1].

2. On March 15, 2024, a Clerk's Default was entered against the Defendant, DOWAN L MANSFIELD [DE 17].

3. On April 5, 2024, a Clerk's Default was entered against the Defendant, 616 WEST, LLC d/b/a 616 WEST [DE 20].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5.     The Plaintiff requests that the Court award the Plaintiff statutory damages of, and hold the Defendants jointly and severally liable for, $150,000 for trademark infringement and counterfeiting of three of the Plaintiff's registered trademarks (3 marks x $50,000 per mark).

6.     In support of the motion, Plaintiff submit the following certifications:

Exhibit A:  Declaration of Attorney David L. Perry II, as to docket review and costs expended.

Exhibit B: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

Exhibit D: Trademark registration certificates for the Plaintiff's   marks.

Exhibit E: Investigation pictures of infringing product.

Exhibit F: List of GS Holistic cases awarding at least $50,000 per mark.

7.     Plaintiff also submits and relies upon the Brief in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against 616 WEST, LLC d/b/a 616 WEST, and DOWAN L MANSFIELD, in the amount of $150,000.00.

2

Respectfully submitted,

*/s/ David L. Perry II*
David L. Perry II
Florida Bar # 1045902
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: 954-570-6757
DPerry@LegalBrains.com
Serv608@LegalBrains.com
Telephone: 561-232-2222
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  May 14, 2024, the foregoing document was mailed

via Certified USPS to Defendants to the addresses in the Service List.

*/s/ David L. Perry II*
David L. Perry II

## SERVICE LIST

616 WEST, LLC d/b/a 616 WEST
Registered Agent: DOWAN L MANSFIELD
13941 Alger Ave, Grant,
Grant, MI 49327

DOWAN L MANSFIELD
13941 Alger Ave, Grant,
Grant, MI 49327

3